■ In the Matter of RAYSHAWN R., a Person Alleged to be in Need of Supervision.—Order unanimously reversed on the law and matter remitted to Erie County Family Court for further proceedings, in accordance with the following memo-

randum: Respondent appeals from an order adjudicating him to be a person in need of supervision. Since the court failed to advise respondent of his right to remain silent as required by Family Court Act § 741 (a), the adjudication must be vacated *(see, Matter of Augustina F.,* 156 AD2d 1030; *Matter of Patricia Ann R.,* 154 AD2d 933; *Matter of Mark S.,* 144 AD2d 1010). (Appeal from order of Erie County Family Court, Sedita, J.—PINS.) Present—Callahan, J. P., Denman, Pine, Balio and Lawton, JJ.